**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**ROGER W. TITUS**  **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**  **GREENBELT, MARYLAND 20770**
  **301-344-0052**

## M E M O R A N D U M

TO: Counsel of Record

FROM: Judge Roger W. Titus

RE: *Wamble v. Washington Metropolitan Area Transit Authority*
 Civil No. RWT-10-1909

DATE: November 21, 2011

\* \* \* \* \* \* \* \* \*

On November 15, 2011, Defendant Washington Metropolitan Area Transit Authority withdrew its motion for summary judgment. Thus, the motions hearing scheduled for December 12, 2011 is cancelled. A telephone status conference, to be initiated by counsel for the Plaintiff, will be held on **December 2, 2011 at 11 a.m.** to discuss the status of the case.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

 /s/
 Roger W. Titus
 United States District Judge